# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160962 & (19)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TERICO LEWIS ALLEN,
        Defendant-Appellant.

SC: 160962
COA: 351347
Wayne CC: 87-010096-FC

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

        On order of the Court, the application for leave to appeal the January 24, 2020 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Manning* (Docket No. 160034) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion to remand and appointment of an expert remains pending.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

p0622